**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AUGUSTA CONSTRUCTION, LLC | ) | Case No. 26-10875-SDB |
| Debtor. | ) | |
| | ) | |

**COVER SHEET FOR AMENDED SCHEDULES A/B, E/F, G AND STATEMENT OF FINANCIAL AFFAIRS**

**Schedules A/B:**

**# 7** : Amended to include Attached Schedule A/B Part 2 Question 7

**Schedules E/F:**

**Part 2: # 3 :** Amended to include additional subcontractors' information.

**Schedule G :**

**Part 2. # 2 :** Amended to include additional parties who have executory contracts with the Debtor.

**Official Form 207 – Statement of Financial Affairs:**

**Part 1: # 1 :** Amended to disclose gross revenue of $1,485,016.25 from business operations for the period of January 1, 2026.

**Part 2: # 3 :** Amended to include Attachment.

**#4 :** Amended to include Insider's name and address/total amount or value and Attachment for Additional Responses.

**Part 14:** Amended to check "Yes" for additional pages of Statement of Financial Affairs attached.

**Fill in this information to identify the case:**

Debtor name Augusta Construction, LLC

United States Bankruptcy Court for the: Southern District of Georgia

Case number (if known) 26-10874

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SouthState Small business Checking Account | Checking | 9 2 2 2 | $ 18,352.88 |

4. **Other cash equivalents** *(Identify all)*

4.1. _______ $ _______

4.2. _______ $ _______

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$ 18,352.88**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | HLC Evans, LLC (Security Deposit for Leased Property) | $ 6,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $ ______

8.2. ______ $ ______

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$ 6,000.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
- ☐ No. Go to Part 4.
- ☑ Yes. Fill in the information below.

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. 90 days old or less: | 2,305,354.17 | - | 80,094.26 | = ........➤ | $ 2,225,259.91 |
| 11b. Over 90 days old: | 0.00 | - | 0.00 | = ........➤ | $ 0.00 |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 2,225,259.91

## Part 4: Investments

13. **Does the debtor own any investments?**
- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | % | | $ |
| 15.2. | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | |
|---|---|---|
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- [x] No. Go to Part 6.
- [ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**

- [ ] No
- [ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- [ ] No
- [ ] Yes. Book value ________ Valuation method ________ Current value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- [ ] No
- [ ] Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No. Go to Part 7.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ | | $ |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $ | | $ |
| 42.2. | $ | | $ |
| 42.3. | $ | | $ |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | $ | | $ |
| 47.2. | $ | | $ |
| 47.3. | $ | | $ |
| 47.4. | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | $ | | $ |
| 48.2. | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1. | $ | | $ |
| 49.2. | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. Miscellaneous Tools | $ | | $ 4,000.00 |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. $ 4,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 485 Columbia Industrial Boulevard Suite B Evans, Georgia 30809 | Lease | $ 0.00 | | $ 0.00 |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| | $ | | $ |
| 62. **Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| | $ | | $ |
| 65. **Goodwill** | | | |
| | $ | | $ |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form
- [x] No. Go to Part 12.
- [ ] Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

______ ______ - ______ = ➤ $ ______

Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

______ Tax year ______ $ ______

______ Tax year ______ $ ______

______ Tax year ______ $ ______

73. **Interests in insurance policies or annuities**

______ $ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

______ $ ______

Nature of claim ______

Amount requested $ ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

______ $ ______

Nature of claim ______

Amount requested $ ______

76. **Trusts, equitable or future interests in property**

______ $ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

______ $ ______

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90 $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 18,352.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,225,259.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

| | | |
|---|---|---|
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➤ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ........91a. | $ 2,253,612.79 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.* 2,253,612.79 ........ $ 2,253,612.79

# Addendum to Schedule A/B, Part 3

## Explanation of Accounts Receivable

Augusta Construction, LLC (the "Debtor") submits this Addendum to explain the Accounts Receivable reported on Schedule A/B, Part 3.

The Debtor is a general contractor engaged in constructing homes, home additions, and home renovations. The Accounts Receivable reported on Schedule A/B, Part 3 reflects the total gross amounts due under the Debtor's contracts with customers.

Under each customer contract, the Debtor is responsible for timely paying invoices for materials and subcontractors who perform work on the customer's property. This payment arrangement is standard practice in the general contracting industry. Accordingly, the gross amount due under a customer contract does not represent the amount the Debtor ultimately expects to retain.

The general contracting industry is subject to substantial uncertainty and volatility concerning customer disputes that may arise during or after a construction project. Customers may dispute amounts invoiced or otherwise withhold payment based on issues arising during the course of a project. The Accounts Receivable reported on Schedule A/B, Part 3 does not reflect reductions attributable to customers who are actively disputing payment to the Debtor.

Additionally, the reported Accounts Receivable does not account for costs, adjustments, offsets, or reductions associated with certain projects that may require repair, corrective, punch-list, or warranty work. Such disputes and project-related obligations may affect both the collectability and the ultimate net value of the reported Accounts Receivable.

After payment of applicable material and subcontractor costs, and subject to customer payment disputes and any required repair, corrective, punch-list, or warranty work, the Debtor reasonably anticipates that its net receivable will be approximately twenty percent (20%) to twenty-five percent (25%) of the gross amount due under any particular customer contract. The ultimate net amount may vary by project depending on the applicable costs, disputes, and remaining work.

Debtor has listed $80,094.26 as an amount as Doubtful or uncollectable amounts. This amount reflect the contract balances of accounts that Debtor currently has direct disputes on with customers. It is not an admission that these amounts will not be collected or enforced.

/s/ Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

**Fill in this information to identify the case:**

Debtor name Augusta Construction, LLC

United States Bankruptcy Court for the: Southern District of Georgia

Case number (if known): 26-10874

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1 Priority creditor's name and mailing address**

Georgia Department of Revenue
2595 Century Parkway NE Suite 339
Atlanta, GA 30345

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $ 0.00 — Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:** 3301

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2 Priority creditor's name and mailing address**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $ 0.00 — Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number:** 3301

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
ABR Sanchez Siding, LLC
721 Herndon Dairy Rd.
Beech Island, SC 29842

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 24,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Alan Troutman
3110 Price Lane
Evans, GA 30809

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Workmanship Dispute

**Is the claim subject to offset?**
☑ No
☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
All Weather Heating and Air
4002 Enterprise Court
Augusta, GA 30907

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Ark Plumbing, Inc.
2131 Busby Road
Statesboro, GA 30461

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Augusta Sash and Door
475 Columbia Industrial Blvd.
Evans, GA 30809

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 18,013.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

**Nonpriority creditor's name and mailing address**
Beasley Media Group, LLC
P.O. Box 286061
Tampa, FL 33630-6061

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** $ 16,780.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7**

**Nonpriority creditor's name and mailing address**
Carlton Capital Group
1108 Kane Concourse Suite 201
Miami, FL 33154

**Date or dates debt was incurred** 08/23/2026

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** $ 356,979.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8**

**Nonpriority creditor's name and mailing address**
Charles Rimbey
c/o Hammad Sheikh 4534
Washington Road, Suite 1
Evans, GA 30809

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Workmanship dispute

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.9**

**Nonpriority creditor's name and mailing address**
Cory Lucich
4110 Buffalo Trail
Evans, GA 30809

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Workmanship Dispute

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10**

**Nonpriority creditor's name and mailing address**
Credibly Funding
25200 Telegraph Road Suite 350
Southfield, MI 48033

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** $ 10,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
Exterior Innovations Outdoor Living, LLC
319 Saddle Tree Lane
Martinez, GA 30907

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 7,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Floor and Decor Outlets of America, Inc.
PO Box 842787
Dallas, TX 75284

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,834.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
George Galloway
4041 Danielle Drive
Augusta, GA 30907

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Workmanship Dispute

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
Hardy Plumbing Co., Inc.
P.O. Box 3268
Evans, GA 30809

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 28,979.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Howard Lumber
475 Columbia Industrial Blvd.
Evans, GA 30809

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 108,474.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Kathryn Cipperly
5776 Zebina Road
Wrens, GA 30833

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Workmanship Dispute

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Marcus Wiggins
324 Hadley Springs Avenue
Longs, SC 29568

**As of the petition filing date, the claim is:** $ 35,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Monies Loaned / Advanced

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Robert Morris
622 Keg Creek Drive
Appling, GA 30802

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Workmanship Dispute

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Shane Walmsley
4152 Johnson Branch Road
Hephzibah, GA 30815

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Workmanship Dispute

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Southern Residential Installations
1025 Franke Industrial Drive
Augusta, GA 30909

**As of the petition filing date, the claim is:** $ 15,280.10
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Suppliers or Vendors

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Square Financial Services, Inc.
3165 East Millrock Drive Suite 160
Salt Lake City, UT 84121

**As of the petition filing date, the claim is:** $ 191,315.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 07/20/2026

**Basis for the claim:** Monies Loaned / Advanced

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
SRM Concrete
1000 Hollingshead Circle
Murfreesboro, TN 37129

**As of the petition filing date, the claim is:** $ 13,551.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Thomas J. Hartney
138 Avondale Drive
Augusta, GA 30907

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Workmanship Dispute

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Tim Cieniewiza
217 Creekview Circle
Augusta, GA 30907

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Workmanship Dispute

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
US LBM Holdings, LLC
2150 E Lake Cook Road Suite 1010
Buffalo Grove, IL 60089

**As of the petition filing date, the claim is:** $ 15,916.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
WebBank Via Intuit Loans
1 Deforest Avenue Suite 100
Summit, NJ 07901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,865.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
WebBank Via Intuit Loans
1 Deforest Avenue Suite 100
Summit, NJ 07901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 34,284.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andy Tisdale<br>207 North Belair Road<br>Evans, GA 30809 | Line 3.18<br>☐ Not listed. Explain | |
| 4.2 | Credibly Funding<br>270 Madison Avenue<br>Suite 1406 | Line 3.10<br>☐ Not listed. Explain | |
| 4.3 | Hammad Sheikh<br>4534 Washington Road<br>Suite 1 | Line 3.23<br>☐ Not listed. Explain | |
| 4.4 | JP Morgan- Lockbox Processing<br>Attn Square Financial Services 22402<br>4 Case Metrotech Center, 7th Floor East | Line 3.21<br>☐ Not listed. Explain | |
| 4.5 | Yoni Gluck<br>70 E. Sunrise Highway<br>Suite 605 | Line 3.7<br>☐ Not listed. Explain | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | $ 891,572.32 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 891,572.32 |

**Fill in this information to identify the case:**

Debtor name Augusta Construction, LLC

United States Bankruptcy Court for the: Southern District of Georgia

Case number (if known): 26-10874 Chapter 11

☒ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | 485 Columbia Industrial Boulevard Evans, Georgia 30809, Lessee | HLC Evans, LLC (Name)<br>PO Box 1039 (Street)<br>Evans (City) GA (State) 30809 (Zip) |
| | **State the term remaining** | 2 months | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease 2022 Ram 2500, Lessee | Alyssa Lane (Name)<br>2513 Pineneedle Road (Street)<br>Hephzibah (City) GA (State) 30815 (Zip) |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease 2019 Ram 1500, Lessee | Matthew Lane (Name)<br>2513 Pineneedle Road (Street)<br>Hephzibah (City) GA (State) 30815 (Zip) |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease 2022 Ram 1500, Lessee | Alyssa Lane (Name)<br>2513 Pineneedle Road (Street)<br>Hephzibah (City) GA (State) 30815 (Zip) |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.5 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Winston Brummett (Name) |
| **State the term remaining** | | 2345 Bethany Church Rd. (Street) |
| **List the contract number of any government contract** | | Lincolnton (City) GA (State) 30817 (Zip) |
| **2.6 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Melissa Abuzeid (Name) |
| **State the term remaining** | | 3408 Kamel Cir (Street) |
| **List the contract number of any government contract** | | Augusta (City) GA (State) 30909 (Zip) |
| **2.7 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Clinton Luckey (Name) |
| **State the term remaining** | | 3112 Trafalgar Drive (Street) |
| **List the contract number of any government contract** | | Augusta (City) GA (State) 30909 (Zip) |
| **2.8 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Joshua Morris (Name) |
| **State the term remaining** | | 4026 Brant Dr (Street) |
| **List the contract number of any government contract** | | Evans (City) GA (State) 30809 (Zip) |
| **2.9 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Rachel Mathisen (Name) |
| **State the term remaining** | | 801 Dover Ct. (Street) |
| **List the contract number of any government contract** | | Grovetown (City) GA (State) 30813 (Zip) |
| **2.10 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | William Shearer (Name) |
| **State the term remaining** | | 4953 McCombs Rd. (Street) |
| **List the contract number of any government contract** | | Hephzibah (City) GA (State) 30815 (Zip) |
| **2.11 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Cory Luich (Name) |
| **State the term remaining** | | 4110 Buffalo Trl. (Street) |
| **List the contract number of any government contract** | | Evans (City) GA (State) 30809 (Zip) |

Case:26-10874-SDB Doc#:95 Filed:11/23/26 Entered:11/23/26 17:32:55 Page:21 of 54

| | | |
|---|---|---|
| 2.12 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Alan Troutman (Name)<br>3110 Price Ln. (Street)<br>Evans (City) GA (State) 30809 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.13 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Angel Brown (Name)<br>5967 Old Augusta Highway (Street)<br>Harlem (City) GA (State) 30814 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.14 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Shane Walmsley (Name)<br>4152 Johnson Br Rd. (Street)<br>Hephzibah (City) GA (State) 30815 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.15 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Charles Barker (Name)<br>833 Lake Terrace Dr (Street)<br>Augusta (City) GA (State) 30904 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.16 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | James Simmons (Name)<br>919 Windmill parkway (Street)<br>Evans (City) GA (State) 30809 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.17 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Molly Pastorello (Name)<br>946 Belvedere Clearwater Rd. (Street)<br>North Augusta (City) SC (State) 29841 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.18 State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Bob Evans (Name)<br>308 Rabun Valley Ln. (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Darshak Karia (Name)<br>403 Lakestone Way (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Rick McCarter (Name)<br>4044 Greenbriar Dr. (Street)<br>Grovetown (City) GA (State) 30813 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Daniel Stinemire (Name)<br>250 Buck Creek Rd. (Street)<br>Sylvania (City) GA (State) 30467 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Steven Wright (Name)<br>2237 Morris Calloway Rd. (Street)<br>Appling (City) GA (State) 30802 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Bonnie Suwan (Name)<br>307 River Retreat Ct. (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Liam Siira (Name)<br>113 Glenora Dr. (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Debtor to perform services | Sherwood Holmes (Name)<br>119 State Hwy S-19-29 (Street)<br>Trenton (City) SC (State) 29847 (Zip) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.26 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Duane Richmond (Name)<br>444 Carole Dr. (Street)<br>Grovetown (City) GA (State) 30813 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.27 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Jennifer Williamson (Name)<br>4114 Allison Rd. (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.28 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Terry Cieniewicz (Name)<br>217 Creek View Circle (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.29 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Angela Grubbs (Name)<br>116 E Hall St. (Street)<br>Augusta (City) GA (State) 30901 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.30 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Victor Figueroa (Name)<br>2690 Big Dog Trl. (Street)<br>Hephzibah (City) GA (State) 30815 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.31 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Mike Adam (Name)<br>3587 Evans to Locks Rd. (Street)<br>Augusta (City) GA (State) 30907 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.32 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Dave Savage (Name)<br>1082 Rivershyre Ct. (Street)<br>Evans (City) GA (State) 30809 (Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**2.33 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Kyle Thain
Name
2967 Old Thomson Rd.
Street
Appling GA 30802
City State Zip

**2.34 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Janna Penrow
Name
3932 Marsella Av.
Street
Augusta GA 30907
City State Zip

**2.35 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Sue Seklecki
Name
134 Avondale Dr.
Street
Augusta GA 30907
City State Zip

**2.36 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Evelyn Vernon
Name
412 Wade Plantation Dr.
Street
Augusta GA 30907
City State Zip

**2.37 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Robert Morris
Name
6222 Keg Creek Dr.
Street
Appling GA 30802
City State Zip

**2.38 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Margot Gorman
Name
5337 Magnolia Ln.
Street
Evans GA 30809
City State Zip

**2.39 State what the contract or lease is for and the nature of the debtor's interest**
Contract for Debtor to perform services

**State the term remaining**

**List the contract number of any government contract**

Patricia Rimbey
Name
4204 Quail Springs Circle
Street
Augusta GA 30907
City State Zip

| | | |
|---|---|---|
| **2.40 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Kathryn Coppery (Name)<br>5776 Zebina Rd. (Street)<br>Wrens GA 30833 (City, State, Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.41 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Tom Hartney (Name)<br>138 Avondale Dr. (Street)<br>Augusta GA 30907 (City, State, Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.42 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | Allicia and Cory Lucich (Name)<br>4110 Buffalo Trail (Street)<br>Evans GA 30809 (City, State, Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.43 State what the contract or lease is for and the nature of the debtor's interest** | Contract for Debtor to perform services | George D. Savage, Jr. (Name)<br>1082 Rivershyre Court (Street)<br>Evans GA 30809 (City, State, Zip) |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Augusta Construction, LLC

United States Bankruptcy Court for the: Southern District of Georgia

Case number (If known): 26-10874

☒ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/02/2026 (MM / DD / YYYY) | to | Filing date | ☑ Operating a business<br>☐ Other | $ 3,251,998.59 |
| **For prior year:** | From 01/01/2025 (MM / DD / YYYY) | to | 12/31/2025 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 3,518,115.00 |
| **For the year before that:** | From 01/01/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 667,268.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ______ (MM / DD / YYYY) | to | Filing date | | $ |
| **For prior year:** | From ______ (MM / DD / YYYY) | to | ______ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ______ (MM / DD / YYYY) | to | ______ (MM / DD / YYYY) | | $ |

Debtor Augusta Construction, LLC
Name

Case number (if known) 26-10874

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Alyssa Lane<br>Insider's name<br>2513 Pineneedle Road<br>Hephzibah, GA 30815<br>**Relationship to debtor**<br>Spouse of Matthew Lane | | $ 28,874.40 | Lease Payments for use of Trucks. 2022 Ram 2500 - $1,359.88 per month. 2022 Ram 1500 - $1046.32 per month. See Exhibit G |
| 4.2. | Matt Lane<br>Insider's name<br>2513 Pineneedle Road<br>Hephzibah, GA 30815<br>**Relationship to debtor**<br>Member | | $ 4,521.12 | Lease Payments for use of 2019 Ram 1500. $376.76 per month. See Exhibit G |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | ______ Creditor's name | | ______ | $______ |
| 5.2. | ______ Creditor's name | | ______ | $______ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ______ Creditor's name | | ______ | $______ |

Last 4 digits of account number: XXXX– ________

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | DANNY VERNON & EVELYN VERNON VS. AUGUSTA CONSTRUCTION, LLC<br>Case number: 2026ECV1037 | Contract | Columbia County Superior Court<br>640 Ronald Reagan Drive<br>Evans, GA 30809 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | AUGUSTA CONSTRUCTION VS. PATRICIA RIMBEY, CHARLES RIMBEY JR.. MARY RIMBEY<br>Case number: 2025ECV0989 | Contract | Columbia County Superior Court<br>640 Ronald Reagan Drive<br>Evans, GA 30809 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ______ | | ______ | $______ |
| | Address | | | |
| | Email or website address | | | |
| | ______ | | | |
| | Who made the payment, if not debtor? | | | |
| | ______ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | ______ | | ______ | $______ |
| | Address | | | |
| | Email or website address | | | |
| | ______ | | | |
| | Who made the payment, if not debtor? | | | |
| | ______ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| ______ | | ______ | $______ |
| Trustee | | | |
| ______ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ______ | | ______ | $______ |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |
| | Who received transfer? | | ______ | $______ |
| 13.2. | ______ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ______ To ______ |
| 14.2. | | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No
☐ Yes

Debtor Augusta Construction, LLC Case number (if known) 26-10874
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |
| 18.2. | Name | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___<br>**Dates business existed**<br>From ___ To ___ |
| 25.2. | Name | | EIN: ___<br>**Dates business existed**<br>From ___ To ___ |
| 25.3. | Name | | EIN: ___<br>**Dates business existed**<br>From ___ To ___ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Anderson Adkins CPA<br>Name<br>604 Ponder Place Drive, Evans, Georgia 30809 | From _______<br>To _______ |
| 26a.2. | Cherry Bekaert CPA<br>Name<br>1029 Greene Street, Augusta, Georgia 30901 | From _______<br>To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Anderson Adkins CPA<br>Name<br>604 Ponder Place Drive, Evans, Georgia 30809 | From _______<br>To _______ |
| 26b.2. | Cherry Bekaert CPA<br>Name<br>1029 Greene Street, Augusta, Georgia 30901 | From _______<br>To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Anderson Adkins CPA<br>Name<br>604 Ponder Place Drive, Evans, Georgia 30809 | |

Debtor Augusta Construction, LLC
Name

Case number (*if known*) 26-10874

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26c.2. ______________________________
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1. ______________________________
Name

**Name and address**

26d.2. ______________________________
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______________________________ | ______ | $______________ |

**Name and address of the person who has possession of inventory records**

27.1. ______________________________
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

**Name and address of the person who has possession of inventory records**

27.2. ______
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Augusta Landscaping, LLC | 485 Industrial Boulevard, Evans, GA 30809 | | 0 |
| Augusta Global, LLC | 485 Columbia Industrial Boulevard Suite B, Evans, GA 30809 | Owner | 85 |
| Top Notch Holdings, LLC | 2513 Pineneedle Road, Hephzibah, GA 30815 | | 15 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Tony Lever<br>Name<br>485 Columbia Industrial Boulevard<br>Suite B<br>Evans, GA 30809 | 0.00 | ______ | Salary |

**Relationship to debtor**

Owner

**Name and address of recipient** 0.00 Salary

30.2 Matt Lane
Name
485 Columbia Industrial Boulevard
Suite B
Evans, GA 30809

**Relationship to debtor**
Owner

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/23/2026
MM / DD / YYYY

✘ /s/ Scott Anthony Lever
Signature of individual signing on behalf of the debtor

Printed name Scott Anthony Lever

Position or relationship to debtor Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☐ No
- ☑ Yes

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| **See Attached SOFA Part 2, Question 4** | **4207 Smithfield Court, Evans, GA 30809** | **$75,961.66** |
| **See Attached SOFA Part 2, Question 4** | **2513 Pine Needle Road, Hephzibah, GA 30815** | **$76,923.20** |

## Addendum to Statement of Financial Affairs of Augusta Construction, LLC

**Payments or Transfers to Insiders**

This Addendum supplements the Debtor's response to Item 4 of the Statement of Financial Affairs concerning payments or transfers made to insiders within one year before the filing of this bankruptcy case.

The amount reported in the Statement of Financial Affairs represents only the salary paid to Tony Lever and Matt Lane during 2026 through October 2, 2026. The salary payments were as follows:

| Insider | Period | Salary Paid |
|---|---|---|
| Tony Lever | January 1, 2025 through December 31, 2025 | $96,154.00 |
| Matt Lane | January 1, 2025 through December 31, 2025 | $96,154.00 |
| Tony Lever | January 1, 2026 through October 2, 2026 | $75,961.66 |
| Matt Lane | January 1, 2026 through October 2, 2026 | $76,923.20 |

The combined salary paid to Tony Lever and Matt Lane during 2026 through October 2, 2026, and reflected in the Statement of Financial Affairs, is $152,884.86.

Additionally, there is no response to Statement of Financial Affairs Line 3, payments to creditors within 90 days. Debtor will promptly amend this schedule to respond to the inquiry prior to Debtor's scheduled 341 meeting.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

## Addendum to Statement of Financial Affairs Question #3 - Augusta Construction 26-10874

| CREDITOR | PAYMENT | DATE |
|---|---|---|
| INTUIT | $440.59 | 7/1/2026 |
| CREDIBLY | $685.86 | 7/1/2026 |
| UNION FUNDING | $2,363.00 | 7/1/2026 |
| SQ ADVANCE | $6,650.00 | 7/1/2026 |
| INTUIT | $674.39 | 7/2/2026 |
| CREDIBLY | $685.86 | 7/2/2026 |
| UNION FUNDING | $2,363.00 | 7/2/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/2/2026 |
| CREDIBLY | $685.86 | 7/3/2026 |
| UNION FUNDING | $2,363.00 | 7/3/2026 |
| CREDIBLY | $685.86 | 7/6/2026 |
| UNION FUNDING | $2,363.00 | 7/6/2026 |
| CREDIBLY | $685.86 | 7/7/2026 |
| UNION FUNDING | $2,363.00 | 7/7/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/7/2026 |
| CREDIBLY | $685.86 | 7/8/2026 |
| UNION FUNDING | $2,363.00 | 7/8/2026 |
| SQ ADVANCE | $6,650.00 | 7/8/2026 |
| INTUIT | $674.39 | 7/9/2026 |
| CREDIBLY | $685.86 | 7/9/2026 |

| | | |
|---|---|---|
| UNION FUNDING | $2,363.00 | 7/9/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/9/2026 |
| CREDIBLY | $685.86 | 7/10/2026 |
| UNION FUNDING | $2,363.00 | 7/10/2026 |
| CREDIBLY | $685.86 | 7/13/2026 |
| UNION FUNDING | $2,363.00 | 7/13/2026 |
| CREDIBLY | $685.86 | 7/14/2026 |
| PNC LENDING | $1,046.32 | 7/14/2026 |
| UNION FUNDING | $2,363.00 | 7/14/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/14/2026 |
| CREDIBLY | $685.86 | 7/15/2026 |
| UNION FUNDING | $2,363.00 | 7/15/2026 |
| INTUIT | $2,404.73 | 7/15/2026 |
| SQ ADVANCE | $6,650.00 | 7/15/2026 |
| INTUIT | $674.39 | 7/16/2026 |
| CREDIBLY | $685.86 | 7/16/2026 |
| UNION FUNDING | $2,363.00 | 7/16/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/16/2026 |
| BEASLEY MEDIA | $1,000.00 | 7/17/2026 |
| CREDIBLY | $685.86 | 7/17/2026 |
| UNION FUNDING | $2,363.00 | 7/17/2026 |
| CREDIBLY | $685.86 | 7/20/2026 |

| | | |
|---|---|---|
| UNION FUNDING | $2,363.00 | 7/20/2026 |
| CREDIBLY | $685.86 | 7/21/2026 |
| UNION FUNDING | $2,363.00 | 7/21/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/21/2026 |
| CREDIBLY | $685.86 | 7/22/2026 |
| UNION FUNDING | $2,363.00 | 7/22/2026 |
| MANER | $2,933.92 | 7/22/2026 |
| INTUIT | $674.39 | 7/23/2026 |
| CREDIBLY | $685.86 | 7/23/2026 |
| UNION FUNDING | $2,363.00 | 7/23/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/23/2026 |
| CREDIBLY | $685.86 | 7/24/2026 |
| UNION FUNDING | $2,363.00 | 7/24/2026 |
| CREDIBLY | $685.86 | 7/27/2026 |
| UNION FUNDING | $2,363.00 | 7/27/2026 |
| SQ ADVANCE | $8,696.16 | 7/27/2026 |
| CREDIBLY | $685.86 | 7/28/2026 |
| UNION FUNDING | $2,363.00 | 7/28/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/28/2026 |
| CREDIBLY | $685.86 | 7/29/2026 |
| UNION FUNDING | $2,363.00 | 7/29/2026 |
| INTUIT | $674.39 | 7/30/2026 |

| | | |
|---|---|---|
| CREDIBLY | $685.86 | 7/30/2026 |
| UNION FUNDING | $2,363.00 | 7/30/2026 |
| CARLTON CAPITAL | $3,747.50 | 7/30/2026 |
| CREDIBLY | $685.86 | 7/31/2026 |
| UNION FUNDING | $2,363.00 | 7/31/2026 |
| INTUIT | $440.59 | 8/3/2026 |
| CREDIBLY | $685.86 | 8/3/2026 |
| UNION FUNDING | $2,363.00 | 8/3/2026 |
| SQ ADVANCE | $8,696.16 | 8/3/2026 |
| CREDIBLY | $685.86 | 8/4/2026 |
| UNION FUNDING | $2,363.00 | 8/4/2026 |
| CARLTON CAPITAL | $3,747.50 | 8/4/2026 |
| CREDIBLY | $685.86 | 8/5/2026 |
| UNION FUNDING | $2,363.00 | 8/5/2026 |
| INTUIT | $674.39 | 8/6/2026 |
| CREDIBLY | $685.86 | 8/6/2026 |
| UNION FUNDING | $2,363.00 | 8/6/2026 |
| CARLTON CAPITAL | $3,747.50 | 8/6/2026 |
| MARCUS WIGGINS | $5,000.00 | 8/7/2026 |
| CREDIBLY | $685.86 | 8/7/2026 |
| UNION FUNDING | $2,363.00 | 8/7/2026 |
| MANER | $13,912.22 | 8/7/2026 |

| | | |
|---|---|---|
| CREDIBLY | $685.86 | 8/10/2026 |
| UNION FUNDING | $2,363.00 | 8/10/2026 |
| SQ ADVANCE | $8,696.16 | 8/10/2026 |
| INTUIT | $422.63 | 8/11/2026 |
| CREDIBLY | $685.86 | 8/11/2026 |
| UNION FUNDING | $2,363.00 | 8/11/2026 |
| CARLTON CAPITAL | $3,747.50 | 8/11/2026 |
| CREDIBLY | $685.86 | 8/12/2026 |
| PNC LENDING | $1,046.32 | 8/12/2026 |
| UNION FUNDING | $2,363.00 | 8/12/2026 |
| INTUIT | $674.39 | 8/13/2026 |
| CREDIBLY | $685.86 | 8/13/2026 |
| UNION FUNDING | $2,363.00 | 8/13/2026 |
| CARLTON CAPITAL | $3,747.50 | 8/13/2026 |
| CREDIBLY | $685.86 | 8/14/2026 |
| UNION FUNDING | $2,363.00 | 8/14/2026 |
| CREDIBLY | $685.86 | 8/17/2026 |
| UNION FUNDING | $2,363.00 | 8/17/2026 |
| INTUIT | $2,404.73 | 8/17/2026 |
| SQ ADVANCE | $8,696.16 | 8/17/2026 |
| CREDIBLY | $685.86 | 8/18/2026 |
| UNION FUNDING | $2,363.00 | 8/18/2026 |

| | | |
|---|---|---|
| CARLTON CAPITAL | $3,747.50 | 8/18/2026 |
| CREDIBLY | $685.86 | 8/19/2026 |
| UNION FUNDING | $2,363.00 | 8/19/2026 |
| INTUIT | $674.39 | 8/20/2026 |
| CREDIBLY | $685.86 | 8/20/2026 |
| UNION FUNDING | $2,363.00 | 8/20/2026 |
| NIMMER TURF | $6,514.00 | 8/20/2026 |
| CARLTON CAPITAL | $3,747.50 | 8/20/2026 |
| INTUIT | $201.25 | 8/21/2026 |
| CREDIBLY | $685.86 | 8/21/2026 |
| UNION FUNDING | $2,363.00 | 8/21/2026 |
| CREDIBLY | $685.86 | 8/24/2026 |
| UNION FUNDING | $2,363.00 | 8/24/2026 |
| SQ ADVANCE | $8,696.16 | 8/24/2026 |
| CREDIBLY | $685.86 | 8/25/2026 |
| CREDIBLY | $685.86 | 8/26/2026 |
| INTUIT | $674.39 | 8/27/2026 |
| CREDIBLY | $685.86 | 8/27/2026 |
| CREDIBLY | $685.86 | 8/28/2026 |
| CARLTON CAPITAL | $7,760.41 | 8/28/2026 |
| CREDIBLY | $685.86 | 8/31/2026 |
| SQ ADVANCE | $8,696.16 | 8/31/2026 |
| INTUIT | $440.59 | 9/1/2026 |

| | | |
|---|---|---|
| CREDIBLY | $685.86 | 9/1/2026 |
| CARLTON CAPITAL | $7,760.41 | 9/1/2026 |
| CREDIBLY | $685.86 | 9/2/2026 |
| INTUIT | $674.39 | 9/3/2026 |
| CREDIBLY | $685.86 | 9/3/2026 |
| CREDIBLY | $685.86 | 9/4/2026 |
| CARLTON CAPITAL | $7,760.41 | 9/4/2026 |
| CREDIBLY | $685.86 | 9/8/2026 |
| CARLTON CAPITAL | $7,760.41 | 9/8/2026 |
| SQ ADVANCE | $8,696.16 | 9/8/2026 |
| CREDIBLY | $685.86 | 9/9/2026 |
| PNC LENDING | $1,046.32 | 9/9/2026 |
| INTUIT | $674.39 | 9/10/2026 |
| INTUIT | $422.63 | 9/10/2026 |
| CREDIBLY | $685.86 | 9/10/2026 |
| CREDIBLY | $685.86 | 9/11/2026 |
| CARLTON CAPITAL | $7,760.41 | 9/11/2026 |
| SRM CONCRETE | $2,438.64 | 9/17/2026 |
| MANER | $3,343.68 | 9/25/2026 |
| MANER | $73.22 | 9/28/2026 |
| MANER | $411.92 | 9/28/2026 |

**Addendum to Statement of Financial Affairs of Augusta Construction, LLC**

**Payments or Transfers to Insiders**

This Addendum supplements the Debtor's response to Item 4 of the Statement of Financial Affairs concerning payments or transfers made to insiders within one year before the filing of this bankruptcy case.

The amount reported in the Statement of Financial Affairs represents only the salary paid to Tony Lever, Wendy Lever, and Matt Lane during 2026 through October 2, 2026. The salary payments were as follows:

| Insider | Period | Salary Paid |
|---|---|---|
| Tony Lever | January 1, 2025 through December 31, 2025 | $96,154.00 |
| Matt Lane | January 1, 2025 through December 31, 2025 | $96,154.00 |
| Wendy Lever | January 1, 2025 through December 31, 2025 | $100,000.00 |
| Tony Lever | January 1, 2026 through October 2, 2026 | $75,961.66 |
| Matt Lane | January 1, 2026 through October 2, 2026 | $76,923.20 |
| Wendy Lever | January 1, 2026 through October 2, 2026 | $75,000.00 |

The combined salary paid to Tony Lever and Matt Lane during 2026 through October 2, 2026, and reflected in the Statement of Financial Affairs, is $152,884.86.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

**Fill in this information to identify the case and this filing:**

Debtor Name: Augusta Construction, LLC

United States Bankruptcy Court for the: Southern District of Georgia

Case number (*If known*): 26-10874

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/23/2026
MM / DD / YYYY

✘ /s/ Scott Anthony Lever
Signature of individual signing on behalf of debtor

Scott Anthony Lever
Printed name

Manager
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AUGUSTA CONSTRUCTION, LLC | ) | Case No. 26-10874-SDB |
| Debtor. | ) | |
| ______________________________ | ) | |

## CERTIFICATE OF SERVICE

I, Bowen A. Klosinski, of the firm of Klosinski Overstreet, LLP, 1229 Augusta West Parkway, do hereby certify that I have served a copy of the **AMENDED SCHEDULES A/B, E/F, G AND OFFICIAL FORM 207 STATEMENT OF FINANCIAL AFFAIRS** upon the parties below electronically.

***See Attached Mailing Matrix***

Dated: November 23, 2026.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Georgia Bar No. 842225
Attorney for Debtor

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
(706) 833 – 2255
bak@klosinski.com

Label Matrix for local noticing
113J-1
Case 26-10874-SDB
Southern District of Georgia
Augusta
Mon Nov 23 13:35:03 EST 2026

Scott A. Adkins
Anderson, Adkins & Crawford
604 Ponder Place Drive
Evans, GA 30809-3185

Alan Troutman
3110 Price Lane
Evans, GA 30809-6330

All Weather Heating and Air
4002 Enterprise Court
Augusta, GA 30907-3400

Andy Tisdale
207 North Belair Road
Evans, GA 30809-3201

Ark Plumbing, Inc.
2131 Busby Road
Statesboro, GA 30461-8715

Augusta Construction, LLC
485 Columbia Industrial Blvd
Evans, GA 30809-3667

Augusta Global, LLC
485 Columbia Industrial Boulevard
Suire B
Evans, GA 30809-3667

Augusta Sash and Door
475 Columbia Industrial Blvd.
Evans, GA 30809-3667

Beasley Media Group, LLC
P.O. Box 286061
Tampa, FL 33630-6061

CT Corporation System, As Representative
330 North Brand Boulevard
ATTN: SPRS, Suite 700
Glendale, CA 91203-2308

Carlton Capital Group
1108 Kane Concourse
Suite 201
Miami, FL 33154-2068

Charles Rimbey
c/o Hammad Sheikh
4534 Washington Road, Suite 1
Evans, GA 30809-5893

Clinton Luckey
3112 Trafalgar Dr.
Augusta, GA 30909-3330

Cory Lucich
4110 Buffalo Trail
Evans, GA 30809-0959

Credibly Funding
25200 Telegraph Road
Suite 350
Southfield, MI 48033-7416

Credibly Funding
270 Madison Avenue
Suite 1406
New York, NY 10016-0601

Floor and Decor Outlets of America, Inc.
PO Box 842787
Dallas, TX 75284-2787

George Galloway
4041 Danielle Drive
Augusta, GA 30907-3334

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

HLC Evans, LLC
PO Box 1039
Evans, GA 30809-1039

Hammad Sheikh
4534 Washington Road
Suite 1
Evans, GA 30809-5893

Howard Lumber
475 Columbia Industrial Blvd.
Evans, GA 30809-3667

(p)IOU FINANCIAL INC
600 TOWNPARK LN
100
KENNESAW GA 30144-3736

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intuit Financing Inc.
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

JP Morgan- Lockbox Processing
Attn Square Financial Services 22402
4 Case Metrotech Center, 7th Floor East
Brooklyn, NY 11245-0003

Donna Johnson
Anderson, Adkins & Crawford
604 Ponder Place Drive
Evans, GA 30809-3185

Joshua Morris
4026 Brant Dr.
Evans, GA 30809-1108

Kathryn Cipperly
5776 Zebina Road
Wrens, GA 30833-4117

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807

Marcus Wiggins
324 Hadley Springs Avenue
Longs, SC 29568-6275

Melissa Abuzeid
3408 Kamel Cir
Augusta, GA 30909-2714

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401-3331

Robert Morris
622 Keg Creek Drive
Appling, GA 30802

SRM Concrete
1000 Hollingshead Circle
Murfreesboro, TN 37129-4036

Shane Walmsley
4152 Johnson Branch Road
Hephzibah, GA 30815-0198

Square Financial Services, Inc.
3165 East Millrock Drive
Suite 160
Salt Lake City, UT 84121-5987

Thomas J. Hartney
138 Avondale Drive
Augusta, GA 30907-3702

Tim Cieniewiza
217 Creekview Circle
Augusta, GA 30907-4512

Top Notch Holdings
2513 Pineneedle Road
Hephzibah, GA 30815-5477

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

US LBM Holdings, LLC
2150 E Lake Cook Road
Suite 1010
Buffalo Grove, IL 60089-8228

(p)U S ATTORNEY'S OFFICE
P O BOX 8970
SAVANNAH GA 31412-8970

WebBank Via Intuit Loans
1 Deforest Avenue
Suite 100
Summit, NJ 07901-2190

Mark L. Wilhelmi
Mark L. Wilhelmi, PC
Cadence Bank Building
3527 Wheeler Rd. Suite 401
Augusta, GA 30909-6718

Charles Wills
Wills Law Firm, LLC
318 Jackson Street
P.O. Box 1620
Thomson, GA 30824-5620

Charles W. Wills
Wills Law Firm, LLC
318 Jackson Street
P.O. Box 1620
Thomson, GA 30824-5620

Winston Brummett
2345 Bethany Church Rd.
Lincolton GA 30817

Yoni Gluck
70 E. Sunrise Highway
Suite 605
Valley Stream, NY 11581-1233

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

IOU Financial
600 Town Park Lane
Suite 100
Kennesaw, GA 30144

United States Attorney
P.O. Box 2017
Augusta GA 30903

(d)United States Attorney
P.O. Box 8970
Savannah GA 31412

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Angel/Jason Brown

(u)Scott Anthony Lever

(u)Allicia/Cory Lucich

(u)Christine/Rick McCarter

(u)Robert W Morris

(u)George D Savage, Jr.

(u)Daniel/Jennifer Stinemire

(u)Shuborna/Phillip Suwan

(u)Jennifer Williamson

(u)Stephen T. Young

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 49 |
| Bypassed recipients | 10 |
| Total | 59 |